UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

                                                          :
SECURITIES AND EXCHANGE COMMISSION,       :
                                                          :
                    Plaintiff,                            :
                                                          :
            v.                                            :       Civil Action
                                                          :       No. 26-cv-693 (JPC)
ANIL MATHEWS, RAHUL AGARWAL,               :
KENNETH M. HARLAN, and                        :       Order
MOBILEFUSE LLC,                                    :
                                                          :
                    Defendants.                          :
                                                          :
------------------------------------------------------------------------x

WHEREAS, on March 12, 2026, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *Anil Mathews et al.*, S1 24 Cr. 630 (LGS), in which an indictment has been returned; and

WHEREAS, defendants Anil Mathews, Kenneth Harlan, and MobileFuse LLC consent to the stay of this matter in its entirety;

WHEREAS, the SEC takes no position on the Government's request to stay this matter in its entirety; and

WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is

**ORDERED** that the Government's motion to intervene is GRANTED.  It is further

**ORDERED** that this matter is stayed in its entirety until the completion of the Criminal Case against defendants Anil Mathews and Kenneth Harlan.

SO ORDERED.

_____                    April 23, 2026
THE HONORABLE JOHN P. CRONAN                   DATE
UNITED STATES DISTRICT JUDGE

The Clerk of Court is respectfully directed to close Docket Numbers 16 and 20.